# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 15, 2024

*Before*
JOHN Z. LEE, *Circuit Judge*

| No. 24-1322 | UNITED STATES OF AMERICA, Plaintiff - Appellant  v.  BERNARD L. CHERRY, Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:23-cr-30112-SMY-1 Southern District of Illinois District Judge Staci M. Yandle | |

Upon consideration of the **GOVERNMENT'S UNOPPOSED MOTION TO STAY APPEAL**, filed on March 14, 2024, by counsel for the appellant,

**IT IS ORDERED** that the unopposed motion is **GRANTED**. Proceedings in this appeal are **SUSPENDED** pending this court's resolution of *United States v. Prince*, No. 23-3155. The parties shall file statements of position within 14 days of a decision in *Prince.*

form name: **c7_Order_3J**   (form ID: **177**)